**Opinion issued March 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-01003-CV

_____

**NAC SERVICES, LLC, Appellant**

**V.**

**SPRINT WASTE WATER, LP, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-44899**

## MEMORANDUM OPINION

Appellant, NAC Services, LLC, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.